JACOB JAMER, Appellant, *v.* EMMA E. JACOBS et al., Respondents.

Reported below, 71 Hun, 176.
(Argued October 10, 1895; decided October 29, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered August 2, 1893, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*E. J. Brown* for appellant.

*Stephen B. Jacobs* for respondents.

Judgment affirmed, with costs ; no opinion.
All concur.

---

THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants.

Reported below, 69 Hun, 324.
(Argued October 11, 1895; decided October 29, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 12, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Henry H. Anderson* for appellants.

*D. J. Dean* for respondent.

Judgment affirmed, with costs, on opinion of General Term. All concur, except FINCH, J., not sitting.